# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFF ERIC CONTRERAS,
     Appellant,
    vs.
THE STATE OF NEVADA,
     Respondent.

No. 84270

FILED

MAR 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order of commitment. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

Appellant filed a pro se notice of appeal on February 23, 2022. At that time, attorney Ronald A. Colquitt was inadvertently added as counsel for appellant. On March 2, 2022, this court issued an order to show cause and suspended briefing, directing Colquitt to respond. On March 10, 2022, Colquitt filed a notice of nonrepresentation of appellant, informing the court that the appeal exceeds the scope of his retainer with appellant, and he "is not involved in any way with the current appeal filed by Appellant." Further, he notes that the notice of appeal was filed without his knowledge and participation, and without his advice or consent. Accordingly, the clerk of this court shall remove Ronald A. Colquitt as counsel for appellant.[1] The March 2, 2022, order to show cause is vacated.

---

[1]Based on this notice of nonrepresentation, this court takes no action in regard to the notice of withdrawal of appeal filed by Mr. Colquitt on March 17, 2022.

SUPREME COURT
OF
NEVADA



(O) 1947A

22-09777

This court's review of this appeal reveals a jurisdictional defect, specifically, no statute or court rule provides for an appeal from an order of commitment. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (providing that the right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). This court concludes that it lacks jurisdiction and dismisses this appeal. If appellant determines that pursuit of a petition for extraordinary relief is warranted, he may file a petition in this court pursuant to NRAP 21. This court expresses no opinion on the merits of any such petition if filed.

It is so ORDERED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

cc:  Hon. Christy L. Craig, District Judge
Ronald A. Colquitt, Esq., Chtd.
Jeff Eric Contreras
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk